UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20744-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GARRETT HAGAI BURKE,

        Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

    This matter came before the Court on the Report and Recommendation (R&R) [DE 19] of the Honorable John J. O'Sullivan recommending that the Defendant Burke's plea of guilty to Counts 1 and 2 be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge O'Sullivan's R&R, and the Defendant has advised the Court that he will not file any objections thereto. Therefore, based on a *de novo* review of the evidence presented, it is hereby

    ORDERED that the R&R of Magistrate Judge O'Sullivan is ADOPTED and AFFIRMED, and made the Order of the District Court:

    Defendant Burke's plea of guilty to Counts 1 and 2 is accepted, and Defendant Burke is adjudicated guilty as to Counts 1 and 2 of the Indictment.

    DONE AND ORDERED in Miami, Florida this 22nd day of December, 2010.

                                                                   PATRICIA A. SEITZ
                                                                UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge John J. O'Sullivan